# EXHIBIT 5



# SHIPOIL LIMITED

79 LEI MUK ROAD 22/F, UNIT 7, ASIA TRADE CENTRE, KWAI CHUNG, NEW TERRITORIES, HONG KONG

## SALES INVOICE

Master and Owners and /or Managing Owners and/or Operators and/or Charterers and /or Buyers

of **QING PING SHAN** and :

Medmar Inc. , 3, Moraitini Str, Palaio Faliro , ATHENS

| | | | |
|---|---|---|---|
| Reference Number | : REF2019090000072 | Invoice Number | : INC00001472 |
| Vessel Name | : QING PING SHAN | Invoicing Date | : 12/09/2019 |
| IMO Number | : 9741504 | Delivery Date | : 12/09/2019 |
| Port of Delivery | : Singapore | **Due Date** | : **10/11/2019** |

| Product | Quantity | Unit | Unit Price | Value |
|---|---|---|---|---|
| MGO DMA 0.1% Sul ( ISO 8217:2010 Spec Except PP ) | 118.008 | MT | $ 632.00 | USD 74,581.06 |

| | | |
|---|---|---|
| **SUBTOTAL** | USD | 74,581.06 |
| VAT AT 0 % | | 0.00 |
| **TOTAL AMOUNT** | USD | 74,581.06 |

| | |
|---|---|
| PAYMENT INTSTRUCTIONS | : **BY ELECTRONIC FUND TRANSFER** |
| Currency | : **USD** |
| BENEFICIARY NAME | : **SHIPOIL LIMITED** |
| BANK NAME | : **DBS (HONG KONG) LIMITED** |
| ACCOUNT NR | : ▇▇▇▇▇▇▇ |
| SWIFT | : ▇▇▇▇▇▇▇ |
| REMITTANCE REFERENCE | : ▇▇▇▇▇▇▇ - PLEASE DO NOT MENTION VESSEL NAME |

LATE PAYMENT WILL BE CHARGED WITH 2% INTEREST MONTHLY PRORATED FROM THE DUE DATE.
**ALL BANK CHARGES ARE FOR SENDERS ACCOUNT**

**FRAUD PREVENTION** // IF THE BANK DETAILS DO NOT MATCH THE ALREADY REGISTERED
PLEASE CONTACT US IMMEDIATELY